**CHUGACH ELECTRIC ASSOCIATION, Appellant,**

v.

**NORTHERN CORPORATION, Appellee.**

**NORTHERN CORPORATION, Cross-Appellant,**

v.

**CHUGACH ELECTRIC ASSOCIATION, Cross-Appellee.**

**Nos. 2779, 2891.**

Supreme Court of Alaska.

May 20, 1977.

Sanford M. Gibbs, Hagans, Smith & Brown, Anchorage, for appellant and cross-appellee.

Donna C. Willard, Richmond, Willoughby & Willard, Anchorage, Bruce T. Rinker, DeGarmo, Leedy, Oles & Morrison, Seattle, Wash., and Peter B. Walton, Anchorage, for appellee and cross-appellant.

Before BOOCHEVER, Chief Justice, and RABINOWITZ, CONNOR and BURKE, Justices.

OPINION ON REHEARING

RABINOWITZ, Justice.

Cross-appellant Northern Corporation has filed a petition for rehearing in this matter contending that it should be granted rehearing on the issue of damages sustained because Chugach allegedly required it to remain in readiness to perform.[1] Our study of the petition has not persuaded us to modify our decision in this matter.

Northern's 14th point in its cross-appeal reads:

The trial court erred in not concluding that Northern Corporation kept its equip-

1. *See Chugach Elec. Ass'n v. Northern Corp.*, 562 P.2d 1053, Opinion No. 1408 (Alaska 1977).

ment on the job site throughout the summer and fall of 1967 only as a result of the insistence of Chugach Electric.

However, Northern's brief does not discuss this point.[2] Our prior decisions have held that either cursory treatment of, or failure to argue, a point on appeal constitutes an abandonment of the particular point in question. *See, e. g., Kenai Power Corp. v. Strandberg*, 415 P.2d 659, 660 (Alaska 1966); *DeArmond v. Alaska State Development Corp.*, 376 P.2d 717, 725 (Alaska 1962); *Veal v. Newlin, Inc.*, 367 P.2d 155, 156 (Alaska 1961).

ERWIN, Justice, not participating.

---

2. Northern's brief asserts that damages were erroneously computed, however, not for this particular reason.